DONOVAN & DONOVAN
Casey Donovan, Esq.
California State Bar Number: 182442
The Senator Building
105 West F Street, Fourth Floor
San Diego, California  92101
Telephone:  (619) 696-8989

Attorney for Defendant Jennifer Jinesta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JENNIFER JINESTA, (3)<br><br>      Defendant.<br><br>_____ | Case No. 08-CR 0286-BTM<br><br>Date: March 7, 2008<br>Time:  2:00 P.M.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) NOTICE OF 404(B);<br>3) ALLOW ATTORNEY CONDUCTED *VOIR DIRE*; AND<br>4) PERMISSION TO JOIN MOTIONS OF CO-DEFENDANTS<br>5) LEAVE TO FILE FURTHER MOTIONS |

TO:    KAREN HEWITT, UNITED STATES ATTORNEY, AND
       RANDY K. JONES, ASSISTANT UNITED STATES ATTORNEY:

   **PLEASE TAKE NOTICE** that on Friday, March 7, 2008, at 2:00 p.m., or as soon

thereafter as counsel may be heard, the defendant Jennifer Jinesta [Jennifer Jinesta], by and

through his attorney Casey Donovan, will ask this Court to issue an order granting the motions

listed below.

///

## MOTIONS

The defendant, Jennifer Jinesta, by and through her attorney, Casey Donovan, asks this Court pursuant to the Fourth, Fifth, and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12, 16, 26.2, and all other applicable statutes and local rules for an order to:

1. Compel discovery; 2. Notice of 404(b); 3. Allow attorney conducted *voir dire*; 4. Permission to join in motions of co-defendants; and 5. Leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: February 22, 2008                    Respectfully submitted,


          S/ Casey Donovan
**CASEY DONOVAN**
Attorney for Defendant Jennifer Jinesta




jinesta,jennifer-nm