# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-cr-0286-BTM |
| Plaintiff, | |
| v. | **ORDER** |
| OMAR JINESTA (01), <br> MARTIN CUNNINGHAM (02), <br> JENNIFER JINESTA (03), <br> BENJAMIN CUNNINGHAM (04). | |
| Defendants. | |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the motion hearing previously scheduled for May 2, 2008, at 1:30 p.m., be continued until June 6, 2008, at 2:00 p.m. The court finds that the time between May 2, 2008, and June 6, 2008, is excluded under the Speedy Trial Act.

SO ORDERED.

DATED: April 25, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge

08cr0286