DONOVAN & DONOVAN
Casey Donovan, Esq.
California State Bar Number: 182442
The Senator Building - 4th Floor
105 West F. Street
San Diego, California 92101
Telephone: (619) 696-8989

Attorneys for Defendant Jennifer Jinesta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>v.  <br>JENNIFER JINESTA, (3)  <br>  Defendant. | CASE NO. 08-CR-0286-BTM  <br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

    I, **JENNIFER JINESTA**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is June 6, 2008, at 2:00 p.m., before the Honorable Barry Ted Moskowitz.

    I declare that the foregoing is true and correct.

DATED: 4/29/08

*/s/ Jennifer Jinesta*
JENNIFER JINESTA