DONOVAN & DONOVAN

Casey Donovan

Attorney at Law

The Senator Building

105 West F. Street - 4th floor          U.S.D.C. No.08-CR-0286(BTM)

San Diego, CA 92101

DECLARATION OF SERVICE

     I, undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within mentioned delivery occurred, and not a party to the subject cause. My business address is 105 West F. Street, San Diego, California. I served the Defendant's Acknowledgment of Next Court Date, of which a true and correct copy of the documents filed in this cause is affixed, by electronic filing to:

Randy Jones, Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92188

     The electronic filing was done by me at San Diego, California, on April 29, 2008.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on April 29, 2008 at San Diego, California.

                                             S/ Casey Donovan
                                           Casey Donovan