```
 1  DONOVAN & DONOVAN
    Casey Donovan, Esq.
 2  California State Bar Number 182442
    The Senator Building
 3  105 West F. Street
    San Diego, California 92101
 4  Telephone: (619) 696-8989

 5  Attorney for Defendant Jennifer Jinesta
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0286-BTM |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION AND STIPULATION |
| v. | ) | REGARDING MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| JENNIFER JINESTA, (3) | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and the defendant, Jennifer Jinesta, by and through her attorney, Casey Donovan, Esq., that the following conditions of pretrial release, as set by this court on January 14, 2008, are modified:

It was ordered that the defendant's travel during pretrial release shall be confined to the Southern and Central Districts of California. Ms. Jinesta wishes to travel for purposes of employment as a dancer, and also to visit with friends in Las Vegas, Nevada, during the Memorial Day weekend . Thus the parties agree to expand his travel conditions permit Ms. Jinesta to travel from San Diego , California to Las

1  Vegas, Nevada on May 22, 2008, an d return from Las Vegas, Nevada, to San Diego, California on May 26,
2  2008. Kim Hilton, Ms. Jinesta's pre-trial services officer has been informed of her plans and has agreed to
3  the travel with the condition that Ms. Jinesta informs her prior to her leaving and giving notice upon her
4  return.

5       Counsel has spoken to Charles Johnson and Andrea Johnson, the sureties, by telephone and
6  they have agreed to remain the sureties in this case with the full understanding that she may now travel to
7  Las Vegas during the period from May 22 through May 26, 2008 They have given counsel permission to
8  electronically sign their names to this motion. counsel has also attached their signed acknowledgment's of
9  the change in bond conditions to this motion.

10      Counsel has also spoken to the defendant, Jennifer Jinesta, who also acknowledges that her
11 bond has been modified to permit her to travel to and from Las Vegas during the period May 22 through May
12 26, 2008, and has given permission to electronically sing her name to this motion. Counsel has also spoken
13 to assistant United States Attorney, Randy K. Jones and informed him of counsel's conversations with both
14 Charles and Andrea Johnson, the sureties, and Jennifer Jinesta, the defendant, and agrees to their signatures
15 appearing electronically on this motion.

16 **IT IS SO STIPULATED AND AGREED.**.

18 Dated   5/16/08              S/ Casey Donovan
19                              **CASEY DONOVAN**
                                Attorney for defendant Jennifer Jinesta

20 Dated   5/16/08              S/ Jennifer Jinesta
21                              **JENNIFER JIESTA**
                                Defendant

23 Dated   5/16/08              S/ Charles Johnson
                                **CHARLES JOHNSON**
24                              Surety

25 Dated   5/16/08              S/ Andrea Johnson
26                              **ANDREA JOHNSON**
                                Surety

28 Dated:  5/16/08              S/   Randy K. Jones
                                **RANDY K. JONES**
                                Assistant United States Attorney

DONOVAN & DONOVAN
Casey Donovan
Attorney at Law
The Senator Building
105 West F. Street - 4th floor
San Diego, CA 92101

U.S.D.C. No.08-CR-0286-BTM

# DECLARATION OF SERVICE

I, undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within mentioned delivery occurred, and not a party to the subject cause. My business address is 105 West F. Street, San Diego, California. I served the Defendant's Joint Motion and Stipulation to modify conditions of bond to permit travel, along with the singed acknowledgment of both sureties, of which a true and correct copy of the documents filed in this cause is affixed, by electronic filing to:

Randy K. Jones, Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92188

The electronic filing was done by me at San Diego, California, on May 19, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2008 at San Diego, California.

s/ Casey Donovan

Casey Donovan