1 | DONOVAN & DONOVAN
Casey Donovan, Esq.
2 | California State Bar Number: 182442
The Senator Building - 4th Floor
3 | 105 West F. Street
San Diego, California 92101
4 | Telephone: (619) 696-8989

5 | Attorney for Defendant Jennifer Jinesta

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | (HONORABLE BARRY TED MOSKOWITZ)

11

12

13 | UNITED STATES OF AMERICA,                 )    CASE NO. 08 CR 0286-BTM
                                              )
                              Plaintiff,      )
14                                            )
                                              )
15 | v.                                       )
                                              )
16 | JENNIFER JINESTA, (3)                    )    ACKNOWLEDGMENT OF
                                              )    DEFENDANT'S JENNIFER
                                              )    JINESTA'S MODIFICATIONS OF
17                              Defendant.    )    BOND TO EXPAND TRAVEL
    _____  )

18

19 |         I, ANDREA JOHNSON, hereby acknowledge that I am one of the two suretors in the above

20 | referenced matter, and acknowledge that the parties have agreed to expand Ms. Jinesta's travel

21 | restrictions during the period of pre trial release from the Southern District of California, to permit

22 | travel From San Diego, California, to Las Vegas, Nevada from May 22, 2008 through May 26.

23 | 2008. I agree to remain the surety on the bond with the expanded travel conditions agreed to by the

24 | parties, which permit Ms. Jinesta to travel from San Diego to Las Vegas during the Memorial Day

25 | Holiday, May 22 through May 26, 2008.

26 |         I declare that the foregoing is true and correct.
   | DATED: 5/19/08

27 |                                                        ANDREA JOHNSON

28

1  DONOVAN & DONOVAN
   Casey Donovan, Esq.
2  California State Bar Number: 182442
   The Senator Building – 4th Floor
3  105 West F. Street
   San Diego, California 92101
4  Telephone: (619) 696-8989

5  Attorney for Defendant Jennifer Jinesta

6

7

8                UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10           (HONORABLE BARRY TED MOSKOWITZ)

11

12
   UNITED STATES OF AMERICA,      )    CASE NO. 08 CR 0286-BTM
13                                 )
                      Plaintiff,   )
14                                 )
   v.                              )
15                                 )    ACKNOWLEDGMENT OF
   JENNIFER JINESTA, (3)           )    DEFENDANT'S JENNIFER
16                                 )    JINESTA'S MODIFICATIONS OF
                      Defendant.   )    BOND TO EXPAND TRAVEL
17  _____  )

18
         I, CHARLES JOHNSON, hereby acknowledge that I am one of the two suretors in the
19
   above referenced matter, and acknowledge that the parties have agreed to expand Ms. Jinesta's
20
   travel restrictions during the period of pre trial release from the Southern District of California, to
21
   permit travel From San Diego, California, to Las Vegas, Nevada from May 22, 2008 through May
22
   26, 2008. I agree to remain the surety on the bond with the expanded travel conditions agreed to by
23
   the parties, which permit Ms. Jinesta to travel from San Diego to Las Vegas during the Memorial
24
   Day Holiday, May 22 through May 26, 2008.
25
         I declare that the foregoing is true and correct.
26
   DATED: 5/19/08
27                                            CHARLES JOHNSON
28

                                    1                        08cr0511-BEN