FILED
08 MAY 21 AM 9:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0286-BTM |
| Plaintiff, | |
| v. | P R O P O S E D   O R D E R |
| JENNIFER JINESTA, (3) | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's travel during pretrial release be modified to permit ~~during pretrial release be modified to permit~~ Ms. Jinesta to travel to Las Vegas, Nevada on May 22, 2008, and return to San Diego on May 26, 2008. Ms. Jinesta is to inform her pretrial services officer prior to her leaving for Las Vegas and upon her return from Las Vegas

SO ORDERED.

Dated: 5/20/08

_____
HONORABLE LOUISA S. PORTER
United States Magistrate Judge