**LEWIS C. MULLER/Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Suite B2, PMB 357**
**Santee, CA 92071**
**Tel: (619) 504-1539**
**Fax: (619) 449-9635**
**E-Mail: lewmuller@cox.net**

Attorney for Defendant
Omar Jinesta (1)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0286-BTM |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **MOTIONS HEARING** |
| v. | ) | |
| | ) | |
| OMAR JINESTA (1), et al, | ) | Date:   August 22, 2008 |
| | ) | Time:  2:00 p.m. |
| Defendants. | ) | |

The plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and defendant, Omar Jinesta (1), through his counsel, Lewis C. Muller, hereby jointly move this court to continue the motions hearing scheduled for August 22, 2008 at 2:00 p.m. to October 24, 2008 at 2:00 p.m.  All counsel have agreed with this request, and have authorized counsel for Omar Jinesta (1) to act on their behalf.

/ / / /

1    Additional time is needed by the parties to continue settlement discussions.

2  Dated: _August 20, 2008_                          Respectfully submitted,

3

4                                                    **_s/Lewis C. Muller_**
                                                     LEWIS C. MULLER
5                                                    Attorney for Defendant
                                                     Omar Jinesta (1)
6

7                                                    **_s/Debra DiIorio_**
                                                     DEBRA DiIORIO
8                                                    Attorney for Defendant
                                                     Martin Cunningham (2)
9

10                                                   **_s/Casey J. Donovan, Jr._**
                                                     CASEY J. DONOVAN, Jr.
11                                                   Attorney for Defendant
                                                     Jennifer Jinesta (3)
12

13                                                   **_s/Michael J. Messina_**
                                                     MICHAEL J. MESSINA
14                                                   Attorney for Defendant
                                                     Benjamin Manuel Cunningham (4)

15

16                                                   **_s/Randy K. Jones_**
                                                     RANDY K. JONES
17                                                   Assistant United States Attorney

18

19

20

21

22

23

24

25