DONOVAN & DONOVAN
Casey Donovan, Esq.
California State Bar Number: 182442
The Senator Building - 4th Floor
105 West F. Street
San Diego, California 92101
Telephone: (619) 696-8989

Attorneys for Defendant Jennifer Jinesta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR-0286-BTM |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| JENNIFER JINESTA, (3) | ) | |
| Defendant. | ) | |

    I, **JENNIFER JINESTA**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is October 24, 2008, at 2:00 p.m., before the Honorable Barry Ted Moskowitz.

    I declare that the foregoing is true and correct.

DATED: 9/5/08

JENNIFER JINESTA

DONOVAN & DONOVAN
Casey Donovan
Attorney at Law
The Senator Building
105 West F. Street - 4th floor
San Diego, CA 92101

U.S.D.C. No.08-CR-0286(BTM)

# DECLARATION OF SERVICE

I, undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within mentioned delivery occurred, and not a party to the subject cause. My business address is 105 West F. Street, San Diego, California. I served the Defendant's Acknowledgment of Next Court Date, of which a true and correct copy of the documents filed in this cause is affixed, by electronic filing to:

Randy Jones, Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92188

The electronic filing was done by me at San Diego, California, on September 5, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008 at San Diego, California.

                                 S/ Casey Donovan
                                 Casey Donovan